IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMMOUN MALA, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> Defendant. ) <br> ) | 1:07cv1036 LJO DLB <br><br> ORDER GRANTING STIPULATION FOR REMAND <br><br> (Document 14) |

On November 20, 2007, the parties submitted a stipulation that the action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

The stipulation to remand is GRANTED. On remand, the Commissioner will conduct a *de novo* hearing.

IT IS SO ORDERED.

Dated:   **November 21, 2007**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1