IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMMOUM MALA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>Defendant. | 1:07cv1036 LJO DLB<br><br>ORDER FOR STATUS REPORT |

On November 26, 2007, pursuant to the parties' stipulation, this Court issued its order to remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). On remand, the Commissioner will conduct a *de novo* hearing.

Accordingly, on the basis of good cause, the Court ORDERS the parties to file a joint status report within 90 days of the date of service of this order. Thereafter, the parties shall file a joint status report every 120 days until this action is returned to this Court or otherwise resolved.

IT IS SO ORDERED.

**Dated:   November 27, 2007**           **/s/ Dennis L. Beck**

1

1                                               UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                     2