IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHAMMOUM MALA, | ) | 1:07cv1036 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER FOR STATUS REPORT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On November 26, 2007, pursuant to the parties' stipulation, this Court issued its order to remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).  The parties were also ordered to file a joint status report at 120-day intervals.

The last status report was filed on June 9, 2008, making the next status report due on or about October 7, 2008.  As of the date of this order, a status report has not been received.

Accordingly, the parties are ordered to file a status report within 15 days of the date of service of this order.  Failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **November 15, 2008**            _____**/s/ Dennis L. Beck**_____
                                                              UNITED STATES MAGISTRATE JUDGE

1