1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT FOR THE

6                           EASTERN DISTRICT OF CALIFORNIA

7
KHAMMOUM MALA,                    )          1:07cv1036 LJO DLB
8                                 )
                                  )
9                                 )
                                  )          ORDER CLOSING ACTION
10                                )
            Plaintiff,            )
11                                )
        vs.                       )
12                                )
MICHAEL J. ASTRUE, Commissioner,  )
13                                )
            Defendant.            )
14  _____)

15

16          On November 26, 2007, pursuant to the parties' stipulation, this Court issued its order to

17  remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. §

18  405(g).

19          Pursuant to the status report filed on December 2, 2008, the ALJ issued a new decision on

20  September 29, 2008, finding Plaintiff disabled since the date his Supplemental Security Income was

21  filed.

22          Accordingly, the Clerk of the Court is DIRECTED to close this action.

23

24          IT IS SO ORDERED.

25  **Dated:    December 3, 2008**          _____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES DISTRICT JUDGE
26

27

28                                          1